# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

July 29, 2022

Clerk, U.S. District Court
District of District of South Carolina
85 Broad Street
Charleston, SC 29401

Re: The People of the State of California, et al. v. 3M Co., et al., Case No. 3:22–cv–01013–CAB–MSB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        John Morrill,
        Clerk of the Court

        By: s/ R. M. Chapman, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: